THOMAS J. STEFANSKI, Esq.     JS - 6
ASK LAW GROUP
A Law Corporation
3530 Wilshire Blvd.  Ste. 1600
Los Angeles, CA 90010
Tel:(213) 389-3903
California Bar No. 92952

Attorneys for the Plaintiff/s

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCO FINE ARTS, et al | ) | CV NO: 09-01393 MMM (JCx) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL MUKASEY, Attorney General, | ) | ORDER (Proposed) |
| Department of Justice; MICHAEL CHERTOFF | ) | |
| Secretary of the Department of Homeland Security | ) | |
| GERARD HEINAUER, District Director of the | ) | |
| Citizenship and Immigration Services, Nebraska | ) | |
| Service Center; and the UNITED STATES | ) | |
| CITIZENSHIP AND IMMIGRATION SERVICES | ) | |
| AND IMMIGRATION SERVICES | ) | |
| | ) | |
| Defendants. | ) | |

NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, IT IS HEREBY

STIPULATED by and between the parties, through their respective counsels, that the above-entitled

action be dismissed without prejudice along with a further stipulation that upon a visa number

becoming available, the USCIS will adjudicate, within 120 days,  the Plaintiff's Application for

Adjustment of Status, Form I-485.

## **ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated: _June 25, 2009___

_____
HON. MARGARET M. MORROW
United States District Judge